IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L LOHMAN, and HALEY M LOHMAN,<br>　　　　　Plaintiffs,<br><br>　vs.<br><br>AARON RUCKER, in his individual capacity; and CHAD BORGMANN, in his individual capacity;<br>　　　　　Defendants. | 4:19-CV-3064<br><br>**JUDGMENT** |

This matter is before the Court on the parties' joint Stipulation for Dismissal with Prejudice (Filing 29). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, both sides to bear their own fees and costs.

Dated this 8th day of July, 2020.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　United States District Judge